1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  KATE L. SCARBOROUGH
   Certified Student
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2739



FILED
MAY 2 0 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0109 GGH |
| Plaintiff, ) | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF TAXPAYER IDENTIFICATION AND RETURN INFORMATION |
| v. ) | |
| MARLENE ESCOBAR, ) | Ctrm: Hon. Gregory G. Hollows |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED among the parties' respective counsel, Samantha S. Spangler, Assistant U.S. Attorney, Kate L. Scarborough, Certified Student, representing plaintiff United States of America, and Dina L. Santos, attorney for defendant Marlene Escobar, defendant Marlene Escobar, and John Kirkman, Investigator as follows:

1) The government's discovery found on pages containing Bates stamp numbers 0001 through 0153 consists of confidential taxpayer identification and return information that should only be disclosed to a limited extent to protect its confidentiality.

2) The taxpayer identification and return information was obtained by the prosecution for use in this federal criminal

1

1  proceeding concerning violations of 18 U.S.C. § 1030(a)(2)(B), 18
2  U.S.C. §§ 1030(a)(2)(B) and 1030(b), and 26 U.S.C. § 7213A.  The
3  information to be disclosed is solely for use in the federal
4  criminal proceeding and preparing for trial.

5      3) Said discovery should be disclosed only pursuant to a
6  Protective Order.  Counsel hereby agree not to disseminate or share
7  the content of the taxpayer identification and return information
8  with anyone other than the signatories to this Stipulation and
9  Protective Order unless authorized by further order of this Court.
10 In addition, defense counsel agrees to only show the defendant the
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | discovery for the sole purpose of preparation of a defense. Defense
2 | counsel agrees to return the taxpayer identification and return
3 | information to the U.S. Attorney's Office after the conclusion of
4 | the criminal proceedings.

DATED: May 10, 2005          McGREGOR W. SCOTT
                             United States Attorney

                             By: /s/ Samantha S. Spangler
                                 SAMANTHA S. SPANGLER
                                 Assistant U.S. Attorney

DATED: May 20, 2005          /s/ Kate Scarborough
                             KATE L. SCARBOROUGH
                             Certified Student

DATED: May 19, 2005          By: /s/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 MARLENE ESCOBAR

DATED: May 20, 2005          /s/ Marlene Escobar
                             MARLENE ESCOBAR
                             Defendant

DATED: May 20, 2005          /s/ John Kirkman
                             JOHN KIRKMAN
                             Investigator for Dina L. Santos

**ORDER**

**IT IS ORDERED:**

The government shall disclose discovery documents Bates numbered 0001 through 0153 to defense counsel pursuant to this protective order, and defense counsel shall not further disclose said discovery to anyone other than the signatories to the attached

3

1  stipulation, unless otherwise ordered by this Court. Defense
2  counsel shall return said discovery to the U.S. Attorney's Office
3  after the conclusion of the criminal proceedings.
4  DATED: _May 20, 2005_

**GREGORY G. HOLLOWS**
HON. GREGORY G. HOLLOWS
United States Magistrate Court Judge

4