DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MARLENE ESCOBAR


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        ) No. 2:05-cr-109 GGH
                                 )
                Plaintiff,       )
                                 ) STIPULATION AND ORDER VACATING
      v.                         ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
MARLENE ESCOBAR                  )
                Defendant.       )
                                 ) Date:  OCTOBER 3, 2005
_____  ) Time:  9:00 a.m.
                                 ) Judge: Hon. HOLLOWS


        **IT IS HEREBY STIPULATED** by and between Certified Legal Intern KATE

SCARBOROUGH for Plaintiff, supervised by Assistant United States

Attorney Matthew Stegman, and Attorney DINA L. SANTOS, Counsel for

Defendant MARLENE ESCOBAR, that the trial confirmation conference

scheduled for September 12, 2005, be vacated and the matter be

continued to this Court's criminal calendar on October 4, 2005, at 9:00

a.m., for change of plea, in lieu of jury trial.

        This continuance is requested by the defense in order to permit

further client consultation concerning finalization of the plea

agreement and further negotiations with the prosecution regarding

1    finalization of the plea agreement.

2

3         **IT IS FURTHER STIPULATED** that time for trial under the Speedy

4    Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

5    3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

6    ends of justice served in granting the continuance and allowing the

7    defendant further time to prepare outweigh the best interests of the

8    public and the defendant in a speedy trial.

9         The Court is advised that all counsel have conferred about this

10   request, that they have agreed to the October 4, 2005 date, and that

11   Ms. Scarborough has authorized Ms. Santos to sign this stipulation on

12   her  behalf.

13        **IT IS SO STIPULATED.**

14

15   Dated: August 29, 2005          /S/ Dina L. Santos
                                     DINA L. SANTOS
16                                   Attorney for Defendant
                                     MARLENE ESCOBAR
17

18   Dated: August 29, 2005          /S/ KATE SCARBOROUGH
                                     KATE SCARBOROUGH
19                                   CERTIFIED LEGAL INTERN
                                     Supervised by Matthew Stegman, Esq.
20                                   Attorney for Plaintiff

21                              **O R D E R**

22        **IT IS SO ORDERED.**

23             By the Court,

24

25   Dated: 9/1/05                   /s/ Gregory G. Hollows

26                                   _____
                                     Hon. GREGORY G. HOLLOWS
27                                   United States Magistrate Judge

     escobar109.ord
28

     Stipulation and Order          2